**PRINCO CORPORATION and Princo America Corporation, Appellants,**

v.

**INTERNATIONAL TRADE COMMISSION,**
**Appellee,**

and

**U.S. Philips Corporation, Intervenor.**

**No. 2007–1386.**

United States Court of Appeals, Federal Circuit.

Dec. 11, 2009.

Clara Kuehn, Wayne W. Herrington, James M. Lyons, U.S. International Trade Commission, Washington, DC, for Appellee.

Eric L. Wesenberg, Robert E. Freitas, Cynthia A. Wickstrom Zuniga, Kenneth J. Halpern, Michael C. Ting, Orrick, Herrington & Sutcliffe LLP, Menlo Park, CA, for Appellants.

A. Douglas Melamed, Jonathan G. Cedarbaum, Edward C. Dumont, Perry A. Lange, Wilmer Cutler Pickering Hale, Washington, DC, for Intervenor.

ON MOTION

*ORDER*

The parties jointly move to extend the time for filing their briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The Appellants' and the Appellee's briefs are due January 15, 2010; the Intervenor's brief is due February 5, 2010.